1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JESSIEL GERARDO, ET AL., | ) | Case No.: C 08-03953 PVT |
| Plaintiffs, | ) | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | ) | |
| QUONG HOP AND CO., ET AL., | ) | |
| Defendant. | ) | |

On January 29, 2009, the parties in the above-captioned case filed a stipulated protective order to govern disclosure and discovery.  Having reviewed the stipulated protective order, the court finds that it fails to require that the parties make a good faith determination that the information warrants protection under Rule 26(c).  Moreover, the proposed order should be part of the stipulated protective order itself (and not a separate document).  The parties are advised to review the model stipulated protective order located on the court's website <www.cand.uscourts.gov>.

IT IS SO ORDERED.

Dated:      February 3, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28