\*\*E-Filed 4/14/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASSIEL GERARDO, et al., | Case Number C 08-3953 JF (PVT) |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| QUONG HOP AND CO., et al., | |
| Defendants. | |

The Court- appointed mediator has advised the Court that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated: April 14, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-3953 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)

Copies of Order served on:

Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

Daniel John Coyle dcoyle@downeybrand.com, courtfilings@downeybrand.com, shartland@downeybrand.com

Shaye Nicole Harrington sharrington@downeybrand.com, courtfilings@downeybrand.com, jmoore@downeybrand.com

Tomas Eduardo Margain margainlaw@hotmail.com, ac.jdblaw@earthlink.net

2

Case No. C 08-3953 JF (PVT)
ORDER OF DISMISSAL
(JFLC2)