**E-Filed 4/21/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASSIEL GERARDO, et al., | Case Number C 08-3953 JF (PVT) |
| Plaintiffs, | ORDER VACATING ORDER OF DISMISSAL DATED APRIL 14, 2009 |
| v. | |
| QUONG HOP AND CO., et al., | |
| Defendants. | |

On April 14, 2009, the Court issued an order dismissing the above-entitled action after being advised that the action had settled. Because the action is a putative class action, the dismissal was not appropriate. The Court therefore VACATES the Order Of Dismissal dated April 14, 2009.

Dated: April 17, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-3953 JF (PVT)
ORDER VACATING ORDER OF DISMISSAL
(JFLC2)

1  Copies of Order served on:

2  Adam Wang adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Daniel John Coyle dcoyle@downeybrand.com, courtfilings@downeybrand.com,
4  shartland@downeybrand.com

5  Shaye Nicole Harrington sharrington@downeybrand.com, courtfilings@downeybrand.com, jmoore@downeybrand.com

6  Tomas Eduardo Margain margainlaw@hotmail.com, ac.jdblaw@earthlink.net

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-3953 JF (PVT)
ORDER VACATING ORDER OF DISMISSAL
(JFLC2)