\*\* E-filed 5/29/2009 \*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JESSIEL GERARDO, EMMANUEL JIMENEZ-RAMIREZ, ABEL LOPEZ-JIMENEZ, AND CARLOS LOPEZ, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>QUONG HOP AND CO, AND FRANK STEPHENS,<br><br>                Defendant. | Case Number C 08-3953 JF (PVT)<br><br>ORDER[1] GRANTING MOTION TO CONTINUE HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT TO JUNE 26, 2009<br><br>[re: docket no. 23] |

    Good cause therefor appearing, the hearing for preliminary approval of the settlement in the above entitled action is hereby continued to June 26, 2009.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-3953-JF (PVT)
ORDER GRANTING MOTION TO CONTINUE HEARING FOR PRLIMINARY APPROVAL OF SETTLEMENT TO JUNE 26, 2009
(JFEx1)

1
2  IT IS SO ORDERED.
3
4  DATED: May 29, 2009

5  _____
   JEREMY FOGEL
6  United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 08-3953-JF (PVT)
ORDER GRANTING MOTION TO CONTINUE HEARING FOR PRELIMINARY
APPROVAL OF SETTLEMENT TO JUNE 26, 2009
(JFEx1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | | |
| 3 | Adam Wang | adamqwang@gmail.com |
| | | alpedersen@gmail.com |
| 4 | | rosilenda@gmail.com |
| 5 | Daniel John Coyle | dcoyle@downeybrand.com |
| | | courtfilings@downeybrand.com |
| 6 | | shartland@downeybrand.com |
| 7 | Shaye Nicole Harrington | sharrington@downeybrand.com |
| | | courtfilings@downeybrand.com |
| 8 | | jmoore@downeybrand.com |
| 9 | Tomas Eduardo Margain | margainlaw@hotmail.com |
| | | ac.jdblaw@earthlink.net |

3

Case No. C 08-3953-JF (PVT)
ORDER GRANTING MOTION TO CONTINUE HEARING FOR PRELIMINARY
APPROVAL OF SETTLEMENT TO JUNE 26, 2009
(JFEx1)