ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone: (408) 292-1040
Facsimile: (408) 416-0248

adamqwang@gmail.com

TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
28 North 1st, Suite 210
San Jose, CA 95113
Telephone: (408) 297-4729
Facsimile: (408) 297-4728
margainlaw@hotmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIEL GERARDO, EMMANUEL JIMENEZ-RAMIREZ, ABEL LOPEZ-JEIMENEZ, AND CARLOS LOPEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUONG HOP AND CO., AND FRANK STEPHENS,<br><br>Defendants. | Case No.  C08-03953 JF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AN ORDER FOR DISTRIBUTION AND CYPRESS PAYMENT, AND AWARDING ATTORNEY'S FEES<br><br>Date:      November 20, 2009<br>Time:     9:00 AM<br>Judge:    Honorable Jeremy Fogel |

On July 7, 2009, this Court entered Order 1) Granting Preliminary Approval of Settlement, 2) Granting Provisional Class Certification, 3) Directing Distribution of Notice Of Settlement, and 4) Setting Schedule For Final Approval Process.

Currently before the Court is Plaintiffs' Motion for Final Approval of Class Action Settlement and An Order for Distribution And *Cy Press* Payment, and Class Counsel's Motion for Mandatory Award of Attorney's Fees and Costs.  Plaintiffs seek an order directing Defendants to pay a total $ 87,710.67.  The specified sum includes $ 73,358.73 to be distributed

to the various class members who have made their claims during the class claim period and $14,351.94 to be paid to Legal Aid Society-Employment Law Center's Worker Rights Legal Clinics according to *Cy Press* doctrine.  Also before the Court is Class Counsel's motion to award mandatory attorney's fees and costs based on lodestar basis for a total amount of $53,000.  Both motions are unopposed.

After reviewing the motion papers, and files in this case, the Court hereby grants Plaintiffs' motion for final approval of the class action settlement, directing Defendants to pay total $87,710.67 pursuant to the settlement agreement previously approved by this Court.  The Court hereby authorizes class counsel to (i) distribute the total $73,358.73 to the various class members as indicated in the moving papers; and (ii) remit $14,351.94 to Legal Aid Society-Employment Law Center's Worker Rights Legal Clinics under the *Cy Press* doctrine.

Court also grants Class Counsel's motion for attorney's fees and costs, hereby directing Defendants to pay $53,000 to Class Counsel within 10 days from the entry of this Order.

IT IS SO ORDERED.

Dated:  November 20, 2009             By: _____
                                           JEREMY FOGEL
                                           United States District Judge

---

[PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARDING ATTORNEY'S FEES
                                        2                           Case No.  C08-3953 JF